IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENEFICIAL MUTUAL SAVINGS BANK, | : | CIVIL ACTION |
| | : | NO. 12-6256 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| STEWART TITLE GUARANTY CO., | : | |
| | : | |
| Defendant. | : | |

### O R D E R

**AND NOW**, this **11th** day of **August, 2014,** for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's Motion for summary Judgment (ECF No. 24) is **GRANTED** and Plaintiff's Motion for Summary Judgment (ECF No. 25) is **DENIED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,      J.**